374 A.2d 709

Commonwealth v. Roussaw, Appellant.

Argued March 24, 1977.   Lee Mandell, for appellant;   Randolph L. Goldman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

374 A.2d 710

Commonwealth v. Scott, Appellant.

Argued April 15, 1977.   Thomas P. Ruane, Jr., Public Defender, for appellant;   Gerald R. Solomon, Assistant District Attorney, with him Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.